**ELLEN RADER SMITH, MA, OTR, CVE, CPE**
**PO Box 37, Towaco, NJ  07082**
**(973) 334-7499**
**ellen@ellenradersmith.com**

## CURRICULUM VITAE

### *SKILLS SUMMARY:*

- **Licensed Occupational Therapist** since 1977 with 35 years of experience in hand rehabilitation and occupational therapy services, Functional Capacity and Hand Function Evaluation, return to work, and expert witness in determining an injured person's current functional capacities and/or limitations; and file review for Standard of Care.
- **Certified Vocational Evaluator** since 1984 with ability to address the vocational and occupational aspects of injured or disabled persons, as part of the Functional Capacity Evaluation.
- **Certified Professional Ergonomist** since 1993 with 25+ years of experience in ergonomics evaluation and injury-control interventions; training; and corporate program development.  Skilled in the identification of occupational risk factors that contribute to work-related musculoskeletal disorders; practical ergonomic intervention to control risk and exposure; integrated rehabilitative and ergonomics perspective to physical demands job analysis, workstation and return to work job/ergonomic accommodations for disabled persons. Provide ergonomic assessments and expert reports for FELA cases involving railroad workers and work-related musculoskeletal injuries.

### *EDUCATION:*

**NEW YORK UNIVERSITY**, School of Education.
Master of Arts in Occupational Biomechanics & Ergonomics, June 1982.

**UNIVERSITY OF PENNSYLVANIA**, School of Allied Medical Professions.
Bachelor of Science in Occupational Therapy, May 1976.

### *OCCUPATIONAL THERAPY EXPERIENCE:*

**Clinical Occupational Therapist**, Ergo & Rehab Services / ERS, Towaco, NJ        1994 - Present
- Functional and work capacity assessments, hand, return to work and disability evaluations for physically and industrial disabled persons.
- Return to work and ergonomic consultation for Long Term Disability (LTD) clients.
- Expert witness to legal and insurance communities in litigation and disability cases.
- Occupational Therapy home care and hospital services for patients with various medical conditions.

**Occupational Therapist**, Human Resources Center, Albertson, NY        1987 - 1990
- Coordinated and administered work capacity assessments to determine industrial injured and long term disability clients' physical work abilities.
- Performed applied ergonomic consultation at industrial worksites.
- Consulted with the Transitional Work Program for neurologically impaired adolescents and adults, learning disabled, head injured and mentally retarded clients.
- Administered the cognitive perceptual pre-driving evaluation program for handicapped driver applicants.

**Consultant**, Cost Containment Management, Briarcliff Manor, NY        1986 - 1987
- Performed insurance rehabilitation, medical and vocational case management services for workers' compensation clients.

**Consultant**, National Rehabilitation Specialists, New York, NY        1983 - 1986
- Provided insurance case management services for physically disabled clients, particularly the hand/upper extremity injured client.

**Independent Occupational Therapist/Hand Therapist**, New York, NY        1981 - 1990
- Performed hand rehabilitation and occupational therapy services to private patients, hospitals and home care agencies.
- Provided Functional Capacity Evaluations to determine client's work potentials and/or limitations.

*Ellen Rader Smith*                                                                                                                    *-2-*

## OCCUPATIONAL THERAPY EXPERIENCE (Continued):

**Senior Occupational Therapist**, Hospital for Special Surgery, New York,  NY                      1977- 1981
- Coordinated occupational therapy services for a rheumatic disease and orthopedic patient population; staff and student supervision; and administered daily department operations.

## ERGONOMICS EXPERIENCE:

**Principal Consultant**, Ergo & Rehab Services (ERS), Towaco, NJ                                          1994 - Present
- Help companies reduce their exposure to work-related musculoskeletal and occupational injuries.
- Evaluate companies' needs in the health and pharmaceutical, food and beverage, light and heavy manufacturing, telecommunications, journalism, and general industry for ergonomics intervention.
- Assess risk factors for cumulative trauma disorder and material handling injuries.
- Develop practical ergonomic interventions to help companies reduce their exposure(s) to identified ergonomic risk factors in industrial and office settings.
- Assist engineering in the design/re-design of equipment that addresses ergonomic concerns.
- Develop and provide customized and site-specific injury prevention training programs and ergonomics awareness programs for industrial and office settings.
- Prepare ergonomic expert witness reports, including FELA.
- Perform ergonomic assessments for LTD clients.
- Provide job accommodations to facilitate the placement and/or return to work of injured workers or disabled persons; address ADA compliance issues.
- Review occupational injury trends and cases.

**Health & Ergonomics Consultant**, KRMS-NATLSCO, Long Grove, IL                                    1989 - 1994
- Provided ergonomic evaluation and interventions in diverse industrial settings (e.g. manufacturing, electronics, food and beverage, meatpacking, pharmaceutical, health care) and computer office settings to help reduce incidence of employee back and upper extremity cumulative trauma disorders.
- Conducted ergonomics training: management, engineers, supervisors, ergo task force, and employees.
- Assisted companies in development of corporate ergonomics programs, including medical management and light duty components.
- Helped companies abate OSHA citations and review job descriptions for compliance with ADA.
- Coordinated projects for national accounts.
  *Note:  Since 1994, E.R.S. also provides services to KRMS on a sub-contract basis.*

**Independent Consultant**, New York, NY                                                                                1982 - 1989
- Provided ergonomic evaluation and interventions in diverse industrial settings.
- Subcontracted services as part of larger private sector and government projects.
- Developed OSHA abatement plans.

## PUBLICATIONS:

*Ergonomics for the Healthy Business Owner.* Big, Bold Business Advice from New Jersey Women Business Owners, Woodpecker Press, 2012.
*Seating.*  Ergonomics for Therapists, 2nd ed, K. Jacobs, Ed.  St. Louis, MO:  Elsevier, 2007.
*Clarifying your Client's Current Functional Capacities,* In Brief, ATLA-NJ:  February 2006.
*It's All in the Wrists: Carpal Tunnel Syndrome.*  REHAB management, Vol. 16 (7), August/September 2003.
*The Healthy Business Owner:  Working Safe and Smart,* bi-monthly column in The Bottom Line, the Voice of NJAWBO, 2001-2002.
*Ergonomics: Becoming Familiar with your 3X Square Workstation*, for Reuters America, June 2001.
*A Common Sense Approach to Ergonomics*, Hand Writings, May 1999
*Repetitive Strain Injury:  RSI Prevention at Reuters America*, July 1998.

*Ellen Rader Smith*                                                                                                     *-3-*

*The Evolution of Health Care and Rehabilitation Ergonomics*, Health Care and Rehabilitation Ergonomics, V. Rice, Ed., Boston: Butterworth-Heinemann, January 1998.

*Have a Seat: A Consumer's Guide to Buying an Office Chair,* (contributor), N.Y.C.O.S.H., 1995.

*OSHA's Ergonomic Protection Standard Meets Opposition*, In-Print, August 1995.

*VDT Smarts: Sit Straight Like Your Mother Said*, In-Print, October 1991.

*Comfort at the Keyboard.* Office Ergonomics training program, booklet, and computer program prepared for the State of New Jersey, Department of Health, July 1989.

*Ergonomics and the Occupational Therapist*, Work in Progress: Occupational Therapy in Work Programs, Rockville, Md.: A.O.T.A., 1989.

*Stop the Pain! A Workers' Guide to Job Design*, technical editor. Amalgamated Clothing & Textile Workers Union, 1988.

*Evaluation of Impairment of the Upper Extremity*, Blair, S., Bear-Lehman, J., Fess, E., McCormick, E., Rader, E. Clinical Orthopedics and Related Research, No.221, August 1987.

*Ergonomics, Occupational Therapy, and Computers*, Occupational Therapy in Health Care, Vol.3, No.34, Fall 1986.

*Ergonomics, Reducing Accidents in the Workplace*, AFG Quarterly, May 1983.

Chapters entitled *Occupational Therapy* and *Therapeutic Exercise*, Rheumatic Disorders and Related Orthopedic Problems, Boston: Little, Brown and Davis, May 1981.


***PRESENTATIONS*:**

*Issues in Functional Capacity Evaluation,* Litigating Disability Claims Conference, NY, NY, January 2014.

*What Constitutes Disability Under The Law?   An Occupational Therapist's Perspective, NJAJ/* New Jersey Association for Justice, April 2013.

*Issues in Functional Capacity Evaluation,* Litigating Disability Claims Conference, NY, NY, January 2013.

*Mousing & Other Device Challenges,* New Jersey AIHA Conference, January 2013 and Philadelphia AIHA Conference, November 2012

*Proof of Loss of Functional Capacity.*  NJAJ/New Jersey Association for Justice, November 2011.

*Why is Ergonomics important for Journalists?* American Society of Journalists and Authors, April 2010.

*Ergonomics and Disability Claims Management*, New York IARP (International Association of Rehabilitation Professionals), April 2010

*Rehabilitation Ergonomics: The Clinical Utility of Ergonomic Tools and Methodology,* HFES Annual Meeting, September 2008.

*Minimizing the Risks of Workplace Injuries and Illnesses through Effective Ergonomic and Other Injury Programs.*  NJ Workers Comp Update 2006, Council on Education in Management, July 2006.

*The Performance of Older Workers in the Workplace,* NJ State Industrial Safety Committee:  Safety Challenges in Diverse Workplaces, Princeton, New Jersey, January 2004.

*Ergonomic Intervention:  Successful Return to Work Case Studies,* Eastern Ergonomics Conference and Exposition, July 2003.

Panelist at seminar *How Qualified is Your Expert under Daubert, Kemp & Kumho Tire Cases*, New Jersey Institute for Continuing Legal Education, May 2003.

*Practical Ergonomic Solutions for Your Aching Neck, Back, Hands…,* NJAWBO State Conference,  April  2001.

*Ergonomics after the Standard*, Employers Association of New Jersey, April 2001.

*Pro-Active Ergonomics,* Employers Association of New Jersey, April 2001.

*The OSHA Ergonomics Standard,* Employers Association of New Jersey, March 2001.

*How to Adapt Workers & Workstations*, Association for Worksite Health Promotion, March 2001.

*Non-Biomechanical Factors and CTS*, N.Y.C.O.S.H. VDT Forum, December 1995.

*Back Injury Prevention*, E.O.H.S.S. UMD New Jersey, October 1995.

*Ergonomics*, Latin American Occupational Therapy Association, June 1995.

*Back Injury Prevention*, Selectech Public Entity Loss Control Seminar, April 1995.

*Ergonomic Analysis and Interventions*, UMD New Jersey Medical School, October 1994.

*Practical Ergonomics*, New Jersey Safety Council, October 1994.

*Cost Containment and Ergonomics*, Industrial Medicine Center, September 1994.

**Ellen Rader Smith**                                                                                                  **-4-**

*Ergonomics*, New Jersey A.I.H.A. Refresher Course, August 1993 and August 1992.
Participant on *Repetitive Strain Injury* panel, Society of Professional Journalists, October 1991.
*Work Capacity Assessment & Ergonomics*, Tri-County Occupational Health Nurses, November 1989.
*Cumulative Trauma Disorders*, New Jersey A.S.S.E., April 1988.
*Lifting Techniques, Ergonomics, and Workplace Design*, New Jersey State Safety Council, March 1987.
*Cumulative Trauma Disorders: Recognition, Intervention & Prevention*, New Jersey section A.I.H.A., February 1987.
*Injury Prevention in the Workplace*, New York Society for Hand Therapy, January 1987.
*Injury Prevention in the Workplace*, L.I. Loss Control Managers, Spring 1986.
*Role of the Employer in C.T.D.'s*, Curtis Hand Center, June 1986.
*Hand Injuries in the Workplace: Identification and Prevention*, N.Y.C.O.S.H., June 1985; New Jersey A.I.H.A., September 1985; New York A.I.H.A., February 1985.
*The Worker and Work Environment: Ergonomic Considerations*, M.N.Y.D.- N.Y.S.O.T.A., February 1983.

### CONFERENCES ATTENDED:

*Cognitive Functional Capacity Evaluations*, Roy Matheson & Associates, February 2013
*Strengthening Your Practice Using the ADAAA,* Roy Matheson & Associates, February 2013
*Medical Aspects of Disability,* American Board of Vocational Experts, March 2011
*Forensic Testimony: Taking it to the Next Level,* American Board of Vocational Experts, March 2010.
*Functional Capacity Evaluation:  The Difficult Client,* DSI Work Solutions (webinar), January 2010.
*Functional Capacity Evaluation,* Back School of Atlanta, January 2010.
*Malpractice:  Prevention & Cure.* Institute for Natural Resources, May 2009.
*Forensic Rehabilitation.* Roy Matheson & Associates, February 2009.
*Critical Thinking Skills for the Functional Capacity Evaluator.* Roy Matheson & Associates, July 2008.
Monthly Ergonomic Webinars. UCLA Southern California, Education & Research Center, January 2008- present.
*Functional Assessment:  Using Normative Data to Document Physical Impairments in Adult Patients.* Cross Country University, December 2003.
*Differential Diagnosis:  Assessment and Treatment of Compression Neuropathies of the Upper Extremity.* Cross Country University, October 2003.
Eastern Ergonomics Conference and Exposition, July 2003.
*Seminar on Industrial Ergonomics.* New Jersey Institute of Technology, June 2003.
*State of the Art Research Symposium:  Perspectives on Musculoskeletal Disorders Causation and Control, NIOSH and NORA, May 2003.*
*Designing Workstations to Enhance Competence*, Philadelphia University, January 2002.
*Workers' Compensation- How to Avoid Getting Clobbered,* N.J. Industrial Safety Committee and D.O.L., April 2001.
*Back-to-the Basics Safety & Health Conference,* N.J.-D.O.L., March 2001.
*Handwriting Without Tears*, Jan Olsen, November 1999.
*Industrial Rehabilitation,* HealthSouth, April 1999.
*National Ergonomics Conference & Exposition*, June 1998.
*Applied Ergonomics*, Institute of Industrial Engineers, March 1998.
*Hands I,* HealthSouth, September 1997.
*Professional Development Conference*, Safety Executives of New York, March 1997.
*Ergonomic Innovations for 21st Century*, Metropolitan Human Factors Society, April 1996.
*Repetitive Strain Injury*, Is it Its Own Diagnosis? Resources Unlimited, April 1996.
*Cumulative Trauma Disorder Seminar*, Continuing Education Masters, November 1995.
*Occupational Ergonomics Conference*, Human Factors Society, October 1994.
*Americans with Disabilities Act, Compliance Seminar*, NATLSCO, March 1992.
*Upper Extremity Functional Capacity Evaluation*, Karen Schultz-Johnson, October 1989.
*Practical Ergonomics*, Gary Lovested, A.S.S.E., March 1988.

*Ellen Rader Smith*                                                                                            *-5-*

*Management of the Back Injury Client*, Michael Melnick, May 1989.
*MODAPTS Plus and Workability*, International Center for the Disabled, March 1988.
*Carpal Tunnel Syndrome & Other Cumulative Trauma Disorder Prevention Education Programs,* Key Functional Assessments, November 1987.
*Functional Capacity Evaluation/Work Hardening*, American Therapeutics/Keith Blankenship, March 1987.
*Medical Evaluation for Disability Claims,* National Association of Disability Evaluating Physicians, June 1984.
*Returning the Hand Injured Patient to Work*, The Union Memorial Hospital, Mach 1984.
*Occupational Ergonomics Conference*, Human Factors Society, May 1984.
*Work Tolerance Screening*, Leonard Matheson, June 1983.

## *ACADEMIC*:

Associate of Physical Medicine and Rehabilitation at the University of Medicine and Dentistry of New Jersey- New Jersey Medical School, September 1995 - July 1996.
SUNY Downstate, Clinical Assistant Professor.  December 1984 - February 1989.
Guest lecturer:  Seton Hall University, New York University, Columbia University, Rutgers, N.Y.S. Empire College, and Hunter College.

## *PROFESSIONAL AFFILIATIONS*:

Certification as Professional Ergonomist, CPE (Board of Certification in Professional Ergonomics, 1993, Certificate #293)
Certification as Vocational Evaluator, CVE (CCWAVES/ Commission on Certification of Work Adjustment & Vocational Evaluation Specialists, 1984, Certificate #1689) (as of April 2009, this designation is managed by the CRCC/Commission on Rehabilitation Counselor Certification)
Licensure for Occupational Therapy (New Jersey, 2000, License #TR001117 and New York, 1977, License #1305)
NBCOT Certification in Occupational Therapy (1977- present, Certification #AA308254)
Human Factors & Ergonomics Society
American and New Jersey Occupational Therapy Associations
American Society of Safety Engineers
American Industrial Hygiene Association, New Jersey chapter
American Society of Hand Therapists
American Board of Vocational Experts
International Association of Rehabilitation Professionals

*Past Affiliations:*

New Jersey State Safety Council, Occupational Safety Conference
Occupational Injury Prevention Rehabilitation Society
N.Y.C.O.S.H. Repetitive Strain Injury Task Force
A.O.T.A. liaison to American Industrial Hygiene Association's ergonomics committee
A.O.T.A. resource person for *OT's in Industry*
A.O.T.A. reviewer for *Work Hardening Guidelines* and 1989 *Standards Manual for Organizations Serving People with Disabilities*
Social Security Administration grants reviewer:  July 1988, June 1989

New Jersey Certified Women Business Enterprise (WBE)