IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERMOND SANTANNA,<br>         Plaintiff | : | No. 3:12cv1240 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| DELAWARE AND HUDSON<br>RAILWAY COMPANY INC. d/b/a<br>CP RAIL SYSTEMS,<br>         Defendant | : | |

## ORDER

**AND NOW**, to wit, this 18th day of February 2014, the defendant's motions in limine are hereby **DENIED** as follows:

1) Defendant's motion in limine to preclude testimony of plaintiff's experts (Doc. 20) is hereby **DENIED**.

2) Defendant's motion in limine to exclude evidence of plaintiff's alleged injuries sustained prior to 1991 (Doc. 22) is hereby **DENIED**.

                                                                  BY THE COURT:


                                                                  s/ James M. Munley
                                                                  **JUDGE JAMES M. MUNLEY**
                                                                  **United States District Court**