**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERMOND SANTANNA,<br>　　　　Plaintiff | No. 3:12cv1240 |
| v. | (Judge Munley) |
| DELAWARE AND HUDSON<br>RAILWAY COMPANY INC. d/b/a<br>CP RAIL SYSTEMS,<br>　　　　Defendant | |

## ORDER

**AND NOW**, to wit, this 31st day of March 2014, the defendant's motion for reconsideration (Doc. 37) of the court's Order denying defendant's motion in limine to exclude evidence of plaintiff's alleged injuries sustained prior to 1991 (Doc. 34) is hereby **DENIED**.

**BY THE COURT:**

**s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court**