## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERMOND SANTANNA,      :    No. 3:12cv1240
        **Plaintiff**    :

                    :    **(Judge Munley)**

      **v.**          :

                    :

DELAWARE AND HUDSON   :
RAILWAY COMPANY INC. d/b/a :
CP RAIL SYSTEMS,       :
        **Defendant**   :

## ORDER

    **AND NOW**, to wit, this 5th day of December 2014, it is hereby

**ORDERED** that defendant's proposed jury instruction number 19 (Doc. 50

at 20) is **DENIED**.

                    **BY THE COURT:**


                    **s/   James M. Munley**
                    **JUDGE JAMES M. MUNLEY**
                    **United States District Court**