# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERMOND SANTANNA, | : | No. 3:12cv1240 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| DELAWARE AND HUDSON | : | |
| RAILWAY COMPANY INC. d/b/a | : | |
| CP RAIL SYSTEMS, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 6th day October 2015, plaintiff's appeal and objections to the Clerk of Court's award of defendant's bill of costs (Doc. 101) is **GRANTED**. The Clerk of Court's judgment and taxation of costs (Docs. 99, 100) are hereby stricken.

BY THE COURT:


s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**